IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| THE BANCORP BANK<br>　　　　　Plaintiff, | CIVIL ACTION |
| Vs. | NO. 2:14-cv-04599 |
| OPINIONAMERICA GROUP, LLC,<br>JOSEPH V. CALVANELLI and<br>EILEEN T. CALVANELLI,<br>　　　　　Defendants | |

## JUDGMENT ORDER

Defendants, Opinionamerica Group, LLC, Joseph V. Calvanelli and Eileen T. Calvanelli having been duly served with process and a copy of the Complaint in the above-entitled action, and having been defaulted for failure to answer, appear or otherwise move as the Complaint and said Defendants not being infants or incompetent persons; and Plaintiff having filed a Motion for Judgment to be entered against said Defendants and in support hereof an Affidavit and Certification setting forth a particular statement of the claim, it is hereby ORDERED AND DECREED on this 21ST day of November, 2014 that Final Judgment is hereby entered as follows:

As to Count 1 of Plaintiff's Complaint, seeking money damages that judgment be awarded against Defendants, Opinionamerica Group, LLC, Joseph V. Calvanelli and Eileen T. Calvanelli in the amount $663,706.68, which includes attorney's fees, and interest continuing at the per diem rate of $94.83 from and including July 2, 2014 and such other relief as this Court deems just and proper.

_[Signed]_
USDJ

500401.1